UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
LIBERTY MUTUAL FIRE INSURANCE :
COMPANY, :
                               Plaintiff, :     15 Civ. 3438 (LGS)
:
              -against- :     <u>ORDER</u>
:
THE BURLINGTON INSURANCE COMPANY, :
:
                            Defendant. :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2020

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties were directed to file a status letter on January 21, 2020, pursuant to the Civil Case Management Plan and Scheduling Order (ECF 85);

      WHEREAS, the parties failed to file a letter by January 21, 2020. It is hereby

      **ORDERED** that parties shall file a letter as soon as possible, or, in any event, by **February 4, 2020**.

Dated: January 28, 2020
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**