UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                Plaintiff

- against -

THE BURLINGTON INSURANCE COMPANY,

                Defendant.

15 Civ. 3438

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the Order dated January 30, 2020, directed the parties to file a status report by April 8, 2020. ECF 88;

WHEREAS, the parties have not filed a status report. It is hereby

**ORDERED** that the parties shall file a joint status report by **April 17, 2020**.

Dated: April 14, 2020
      New York, New York

                                    LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE