UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :

LIBERTY MUTUAL FIRE INSURANCE    :
COMPANY,                                         :
                                  Plaintiff,    :        15 Civ. 3438 (LGS)
                                                  :
                   -against-                :        <u>ORDER</u>
                                                    :
THE BURLINGTON INSURANCE        :
COMPANY,                                     X
                                  Defendant,
------------------------------------------------------------
LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on November 5, 2019, the parties were directed to file a joint status letter every sixty days informing the Court of the status of Underlying Action. (Dkt. Nos. 63, 85).

       WHEREAS, the parties filed their last status letter on September 2, 2020. (Dkt. No. 97).

       WHEREAS, the parties failed to file the status letter that was due on November 2, 2020. It is hereby

       **ORDERED** that, the parties shall file a joint status letter by November 6, 2020. The next joint status letter shall be filed by January 6, 2021.

Dated: November 4, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE