UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                  :
LIBERTY MUTUAL FIRE INSURANCE    :
COMPANY,                                         :
                                    Plaintiff,   :          15 Civ. 3438 (LGS)
                                                     :
           -against-                  :          <u>ORDER</u>
                                                     :
THE BURLINGTON INSURANCE        :
COMPANY,                                         :
                                  Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 5, 2019, the parties were directed to file a joint status letter every sixty days informing the Court of the status of the Underlying Action. (Dkt. Nos. 63, 85).

WHEREAS, the parties filed their last status letter on September 2, 2020. (Dkt. No. 97).

WHEREAS, the parties failed to file the status letter that was due on November 2, 2020.

WHEREAS, the parties were directed to file a joint status letter by November 6, 2020 and failed to do so. (Dkt. No. 98). It is hereby

**ORDERED** that, the parties shall file a joint status letter by **November 17, 2020**. The next joint status letter shall be filed by **January 6, 2021**. Failure to comply with this Order may result in sanctions, including dismissal of this case for failure to prosecute.

Dated: November 10, 2020
       New York, New York

                                                              **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**