UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
        :
LIBERTY MUTUAL FIRE INSURANCE   :
COMPANY,        :
        Plaintiff,   :   15 Civ. 3438 (LGS)
        :
-against-   :   <u>ORDER</u>
        :
THE BURLINGTON INSURANCE COMPANY, :
        Defendant.   :
        :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated March 9, 2021, required the parties to file a status letter on the underlying action every 90 days;

    WHEREAS, a status letter was due on December 18, 2021;

    WHEREAS, the parties failed to timely submit the letter.  It is hereby

    **ORDERED** that, by **December 23, 2021**, the parties shall file the status letter.

Dated: December 21, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE