UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
        :
LIBERTY MUTUAL FIRE INSURANCE    :
COMPANY,    :
                                Plaintiff,    :      15 Civ. 3438 (LGS)
    :
                -against-    :      <u>ORDER</u>
    :
THE BURLINGTON INSURANCE COMPANY,  :
                          Defendant.   :
    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 9, 2021, required the parties to file a status letter on the underlying action every 90 days;

WHEREAS, the status letter was due on January 10, 2023;

WHEREAS, the parties failed to timely submit the letter. It is hereby

**ORDERED** that, by **January 18, 2023**, the parties shall file the status letter.

Dated: January 13, 2023
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**