UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                    :

LIBERTY MUTUAL FIRE INSURANCE     :
COMPANY,                                   :
                           Plaintiff,     :      15 Civ. 3438 (LGS)
                                         :
                 -against-            :      <u>ORDER</u>
                                         :
THE BURLINGTON INSURANCE COMPANY, :
                             Defendant.  :
                                         :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated March 9, 2021, required the parties to file a status letter on the underlying action every 90 days;

       WHEREAS, the status letter was due on April 18, 2023;

       WHEREAS, the parties filed to timely submit the letter.  It is hereby

       **ORDERED** that, by **April 28, 2023**, the parties shall file the status letter.

Dated: April 24, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE