UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
LIBERTY MUTUAL FIRE INSURANCE :
COMPANY, :
                               Plaintiff, :  15 Civ. 3438 (LGS)
:
            -against- :  **ORDER**
:
THE BURLINGTON INSURANCE COMPANY, :
                            Defendant. :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 24, 2025, required Defendant to either file a stipulation of dismissal, or show cause why this action should not be dismissed, by January 28, 2025.

WHEREAS, no such document was filed. It is hereby

**ORDERED** that the above-captioned case is dismissed.

The Clerk of Court is respectfully directed to terminate the case.

Dated: January 31, 2025
       New York, New York

                                                   LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE